**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIRECTV, INC., | NO. C 05-00547 JW |
| Plaintiff(s), | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| v. | |
| KIRK VU, | |
| Defendant(s). | |

On June 6, 2005, Plaintiff DIRECTV informed the Court that the above-entitled matter has reached a settlement. In light of the settlement, the Court vacates the case management conference scheduled for June 13, 2005. Plaintiff's request to appear telephonically at the June 13, 2005 conference is denied as moot. On or before August 15, 2005, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on August 22, 2005 at 9:00 a.m. and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before August 15, 2005, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated: June 8, 2005         /s/ James Ware
05cv547osc                          JAMES WARE
                                    United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan J. Kessel Akessel@buchalter.com
Keli Nicole Osaki Kosaki@buchalter.com
Sandeep J. Shah sshah@buchalter.com
Shawn Robert Parr parrst@ix.netcom.com

**Dated: June 8, 2005**                              **Richard W. Wieking, Clerk**

                                                     **By:/jwchambers/**
                                                         **Ronald L. Davis**
                                                         **Courtroom Deputy**

**United States District Court**
For the Northern District of California