Alan J. Kessel (Cal. Bar No.: 130707)
Keli N. Osaki (Cal. Bar No.: 179920)
Sandeep J. Shah (Cal. Bar No.: 210449)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
Email: sshah@buchalter.com

Attorneys for Plaintiff DIRECTV, INC.

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge James Ware]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>KIRK VU,<br><br>    Defendant. | Case No.: CV-05-0547 JW<br><br>Hon. James Ware<br><br>**REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT KIRK VU; [PROPOSED] ORDER THEREON** |

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff DIRECTV, Inc. ("DIRECTV") hereby respectfully requests that the Court enter an Order dismissing the above-captioned action with prejudice as to Defendant KIRK VU ("Defendant"). This request is made on the grounds that Defendant and DIRECTV have entered into an agreement settling this matter. Pursuant to the terms of that agreement, DIRECTV agreed to voluntarily dismiss this action against Defendant, each party to bear its own attorneys' fees and costs incurred in this action to date.

Defendant answered the Complaint on or about April 28, 2005. DIRECTV, therefore, cannot unilaterally voluntarily dismiss this action against Defendant absent a Court order. Fed. R. Civ. P. 41(a). Accordingly, DIRECTV respectfully requests the entry of such an order dismissing Defendant with prejudice.

BNFY 579216v1
11:45 AM

1

(CV-05-0547 JW)

Defendant KIRK VU is the last remaining active Defendant in this action. This entire action as to all remaining claims is therefore terminated in full.

DATED: June 27, 2005                    Respectfully Submitted,

BUCHALTER, NEMER, FIELDS & YOUNGER
A Professional Corporation


By:      /s/ Sandeep J. Shah
              Sandeep J. Shah
      Attorneys for Plaintiff DIRECTV, Inc.

## ORDER

Having read the foregoing Request for Voluntary Dismissal of Defendant KIRK VU filed by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as follows:

1. This action is hereby dismissed with prejudice as against Defendant KIRK VU;

2. Each party shall bear its own attorney's fees and costs incurred in this action to date; and

3. As Defendant KIRK VU is the last remaining active Defendant in this action, this entire action as to all remaining claims is hereby terminated in full.


Dated:  6/28/05

/s/ James Ware
      Honorable James Ware
      United States District Court
      Northern District of California

BNFY 579216v1
11:45 AM

2

(CV-05-0547 JW)

**REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT KIRK VU;
[PROPOSED] ORDER THEREON**